Submitted on record and briefs August 15, reversed and remanded for new trial
October 22, 1997

## STATE OF OREGON,
*Respondent,*

*v.*

## GUILLERMO LOPEZ,
*Appellant.*

(Z326791; CA A95381)

946 P2d 710

Thomas L. Moultrie, Judge.

Sally L. Avera, Public Defender, and Walter J. Ledesma, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Richard D. Wasserman, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for driving under the influence of intoxicants, ORS 813.010, after a trial to the court. He argues that the court erred by trying him without a written waiver of jury. The state concedes that the record contains no written jury waiver and that the judgment must be reversed. *State v. Kendall*, 96 Or App 735, 736, 773 P2d 1362, *rev den* 308 Or 382 (1989). We accept the state's concession.

Reversed and remanded for new trial.